# Michael Faillace & Associates,

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　Telephone
New York, New York 10165　　　　　　　　　　　　　　　　　　Facsimile. (212) 317-1620

jbarton@faillacelaw.com

November 25, 2019

**BY ECF**
Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

　　　　　　　　　　Re:　　Ramirez et al v. Harishivji Inc. et al. 19-cv-4172

Your Honor:

　　I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiff in the above-referenced matter. I write to request an additional thirty days to submit the parties' agreement to the Court for review. This is the first request of its kind and is submitted on consent.

　　The parties have been working diligently on finalizing their agreement and fairness materials, but anticipate needing more time to finish both and get the agreement fully executed.[1] As such, the parties respectfully request a thirty-day extension of the deadline to submit their agreement, currently scheduled for November 27, 2019.

　　We thank the Court for its time consideration.

GRANTED. By **December 27, 2019**, the parties shall submit the materials required by the Court's October 28 Order, ECF No. 29. The Court congratulates Mr. Barton on the birth of his child.

Respectfully Submitted,

/s/ *Jesse Barton*
Jesse Barton

SO ORDERED.

Dated: November 25, 2019
　　　New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] Also, my wife gave birth to our second child this month, which delayed the progress of submitting this a bit.

Certified as a minority-owned business in the State of New York